IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-4011-01-CR-C-SOW |
| | ) | |
| TIMOTHY TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before this Court is the Report and Recommendation (Doc. # 37) of United States Magistrate Judge William A. Knox regarding defendant Timothy Taylor's entry of a plea of guilty. On April 24, 2009, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Counts I and II of the indictment. After cautioning and examining the defendant, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty plea was made with full knowledge of the charges and the consequences of pleading guilty, was voluntary and that the offenses to which the defendant has plead guilty are supported by a factual basis for each of the essential elements of the offenses.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant Taylor's plea of guilty shall be accepted. Defendant Taylor shall be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant as soon as possible.

___/s/ Scott O. Wright_____
                                        SCOTT O. WRIGHT
                                        Senior United States District Judge

Dated: ___5/5/2009_____